IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEPHEN SATELL | : | CIVIL ACTION |
|---|---|---|
| | : | |
| | : | NO. 17-2774 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | |
| | : | |

# ORDER

**AND NOW**, this 3rd day of January 2018, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 32), Plaintiff's *pro se* Opposition (ECF Doc. No. 37) with supporting materials, Defendant's Reply (ECF Doc. No. 39), Plaintiff's *pro se* Sur-reply filed upon leave (ECF Doc. No. 42) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 32) is **GRANTED** as there are no genuine issues of material fact of federal law precluding judgment in Defendant's favor dismissing the Plaintiff's due process and untimely race discrimination claims.

The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.